# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147491

WILLIAM M. REIDENBACH,
      Plaintiff-Appellant,

v

CITY OF KALAMAZOO,
      Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147491
COA: 306404
MCAC: 11-000020

On order of the Court, the application for leave to appeal the May 15, 2013 order of the Court of Appeals is considered, and it is DENIED. The Court of Appeals correctly held that the decision of the Michigan Compensation Appellate Commission (MCAC) mailed on September 19, 2011 is not a final order because it did not dispose of "all the claims" of the parties. MCR 7.202(6)(a)(1). The Court of Appeals only has jurisdiction to consider appeals from final decisions or final orders of the MCAC. MCL 418.861a(14); *Smith v Eaton Corp Torque Controls,* 493 Mich 942 (2013).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



t0923

Clerk